IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL ANDERSEN,** *by and through*                 **PLAINTIFF**
*Joann Smith, Conservator*

**v.**                                                               **Civil No. 1:22cv48-HSO-BWR**

**UNITED STATES OF AMERICA,**
**OFFFICER KENNETH SHAFFER, and**
**SPECIAL JOHN DOE DEBOLT**                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED,** this the 13th day of September, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE